# CROWLEY

## Customer Statement Report as of 4/9/2015

### BONHOMME INTL TRADING

| Aging Category | Days Outstanding | Aging Date | Loc | Invoice Nbr. | Amount |
|---|---|---|---|---|---|
| 151 DAYS AND OVER | 338 | 05/05/2014 | 04 | BMCB018336 | $479.29 |
| | 345 | 04/28/2014 | 04 | BMCB017957 | $807.16 |
| | 345 | 04/28/2014 | 04 | BMCB017981 | $807.16 |
| | 345 | 04/28/2014 | 04 | BMCB017983 | $202.16 |
| | 345 | 04/28/2014 | 04 | BMCB017983A | $605.00 |
| | 345 | 04/28/2014 | 04 | BMCB017985 | $897.61 |
| | 345 | 04/28/2014 | 04 | BMCB017986 | $897.61 |
| | 345 | 04/28/2014 | 04 | BMCB017987 | $897.61 |
| | 345 | 04/28/2014 | 04 | BMCB017988 | $902.61 |
| | 363 | 04/10/2014 | 04 | BMCB015702 | $643.30 |
| | 363 | 04/10/2014 | 04 | BMCB015748 | $643.04 |
| | 364 | 04/09/2014 | 04 | BMCB016036 | $925.94 |
| | 364 | 04/09/2014 | 04 | BMCB016038 | $873.64 |
| | 364 | 04/09/2014 | 04 | BMCB016039 | $878.64 |
| | 364 | 04/09/2014 | 04 | BMCB016040 | $873.64 |
| | 369 | 04/04/2014 | 04 | BMCB016032 | $904.49 |
| | 369 | 04/04/2014 | 04 | BMCB016033 | $904.49 |
| | 370 | 04/03/2014 | 04 | BMCB014436 | $729.51 |
| | 383 | 03/21/2014 | 04 | PTYN4M000526 | $3,470.00 |
| | 385 | 03/19/2014 | 04 | PTYN4M000472 | $3,470.00 |
| | 390 | 03/14/2014 | 04 | PTYN4M000381 | $3,470.00 |
| | 397 | 03/07/2014 | 04 | SJON4M000265 | $4,490.00 |
| | 398 | 03/06/2014 | 04 | PTYN4M000232 | $-2,530.00 |
| | | | | **Subtotal:** | **$26,242.90** |
| | | | | **Grand Total:** | **$26,242.90** |

EX 1